STATE v. BARE

No. 721P85.

Case below: 77 N.C. App. 516.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. BARNES

No. 671P85.

Case below: 77 N.C. App. 212.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. BLAKELY

No. 643P85.

Case below: 76 N.C. App. 680.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. BROWN AND GOODING

No. 722P85.

Case below: 76 N.C. App. 542.

Petition by defendant (Brown) for writ of certiorari to the North Carolina Court of Appeals denied 7 January 1986.

STATE v. CURLEE

No. 689P85.

Case below: 77 N.C. App. 460.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.